**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 11-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE J. WALLACE,

    Defendant.

---

**ORDER FOR CONTINUANCE OF TRIAL DATE**

---

This matter is before the Court *sua sponte*. Based on Defendant's request to proceed *pro se* which the Court granted at the July 1, 2011 motion hearing, and Defendant's concerns regarding restrictions on his access to discovery which is under protective order, the Court finds pursuant to 18 U.S.C. § 3161(h)(7) that the ends of justice would best be served by vacating the July 11, 2011 trial date and granting an ends of justice continuance in this matter for 90 days in order to ensure that Defendant has reasonable time for effective preparation of his defense in this case. Therefore, it is hereby

ORDERED that the Court GRANTS an ends of justice continuance in this case of <u>90 days, to be excluded from the speedy trial clock, which currently stands at July 15, 2011</u>. It is

FURTHER ORDERED that the four-day jury trial in this matter, currently set to commence July 11, 2011, is VACATED, and will be reset as soon as practicable upon appointment of standby CJA counsel.

DATED:  July __01__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge