### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Criminal Case No. 11-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE J. WALLACE,

    Defendant.

---

### ORDER TRANSFERRING CASE

---

This matter comes before the Court upon review of the file. Pursuant to D.C.COLO.LCrR 50.1A, and with approval of Chief Judge Wiley Y. Daniel and the consent of Senior Judge John L. Kane, it is

ORDERED that this matter is transferred to Judge John L. Kane.

DATED: March  07 , 2012

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge