**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 11-cr-00058-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTOINE J. WALLACE,

    Defendant.

_____

**ORDER REGARDING CUSTODY OF EXHIBITS**
_____

IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits have terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED June 12, 2012.

BY THE COURT:

_____
Christine M. Arguello
United States District Judge